UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| WALTER S. MARBLE, ) | Case No. 05-58537-705 |
| ) | Judge Kathy A. Surratt-States |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| PATRICIA WALLACE, ) | **Adversary No. 08-4254-659** |
| ) | |
| ) | PUBLISHED |
| Plaintiff, ) | |
| ) | |
| -v- ) | |
| ) | |
| WALTER S. MARBLE, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## O R D E R

The matters before the Court are Plaintiff's Motion for Judgment on the Pleadings and Debtor's Motion for Summary Judgment. For the reasons set forth in this Court's Findings of Fact and Conclusions of Law entered separately,

**IT IS ORDERED THAT** Plaintiff's Motion for Judgment on the Pleadings is GRANTED and judgment in entered in favor of Plaintiff Patricia Wallace and against Debtor Walter S. Marble, and that the debt owed by Debtor to Plaintiff under the Hold Harmless Provision of the Marital Settlement Agreement is NOT DISCHARGEABLE pursuant to Section 523(a)(5)(B); and

**IT IS FURTHER ORDERED THAT** Debtor's Motion for Summary Judgment is DENIED; and this is the final judgment and Order of the Bankruptcy Case in this case.

_/s/ Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: November 25, 2009
St. Louis, Missouri

Copies to:

| | |
|---|---|
| Office of the United States Trustee<br>Thomas F. Eagleton U.S. Courthouse<br>111 South 10th Street, Suite 6.353<br>St. Louis, MO  63102 | Chad W. Main<br>Meckler Bulger Tilson Marick & Pearson LLP<br>123 North Wacker Drive - Suite 1800<br>Chicago, IL 60606 |

Walter S. Marble
203 Cypress Court
O'Fallon, MO 6336